# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-30761

———————

United States Court of Appeals
Fifth Circuit

**FILED**
July 15, 2026

Lyle W. Cayce
Clerk

MICHAEL ESPOSITO,

*Petitioner—Appellant*,

*versus*

NATHAN PATE, *Warden, Federal Correctional Institution* OAKDALE,

*Respondent—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:25-CV-570

———————————————————————

Before JONES, HO, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Michael Esposito, federal prisoner # 08838-095, appeals the dismissal of his 28 U.S.C. § 2241 petition, in which he challenged changes made by the Bureau of Prisons to the eligibility requirements for release to a halfway house. The district court denied and dismissed the petition for failure to exhaust and, alternatively, as lacking merit.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-30761

According to the Federal Bureau of Prisons, Esposito was scheduled to be released on July 10, 2026. A prisoner's release moots his or her § 2241 petition "because there [is] no longer a live case or controversy for which any relief could be granted." *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Therefore, Esposito's appeal is DISMISSED as moot.